*E-Filed 8/24/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHERYL PATITO, | No. 5:09-CV-3574 RS |
| Plaintiff, | |
| v. | **ORDER SETTING CONSENT/DECLINATION DEADLINE AND CONTINUING HEARING ON MOTION TO DISMISS** |
| DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; MTC FINANCIAL, INC., d/b/a TRUSTEE CORPS; CENTRAL MORTGAGE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-30, inclusive, | |
| Defendants. _____/ | |

Defendant MTC Financial, d/b/a Trustee Corps, has filed a motion to dismiss, docket [4] in the above-captioned matter. This motion is noticed for hearing on September 30, 2009, at 9:30 a.m. This hearing is re-scheduled for **October 7, 2009, at 9:30 a.m.**, to be held concurrently with the hearing on the motion to dismiss filed by Defendants Central Mortgage Company and Mortgage Electronic Registration Systems, Inc., docket [8].

CASE NO. 5:09-CV-3574 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

| | |
|---|---|
| 1 | In accordance with Civil Local Rule 73-1, all parties who have not already done so are |
| 2 | directed to file their consents or declinations to magistrate judge jurisdiction no later than |
| 3 | **September 23, 2009**. |
| 6 | IT IS SO ORDERED. |
| 8 | Dated:   8/24/09 |

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

CASE NO. 5:09-CV-3574 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED\* TO:**

William Guy Malcolm          bill@mclaw.org

Richard Joseph Reynolds      rreynolds@trlawyers.com

Elizabeth Lindsay Dolan      edolan@trlawyers.com

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

Cheryl J Patito
1425 Little Orchard Street
San Jose, CA 95110

DATED:   8/24/09

                                        /s/ Chambers Staff
                                        Chambers of Magistrate Judge Richard Seeborg

CASE NO. 5:09-CV-3574 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

3