**E-Filed 10/2/2009**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CHERYL PATITO,<br><br>    Plaintiff,<br><br>  v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; MTC FINANCIAL, INC., d/b/a TRUSTEE CORPS.; CENTRAL MORTGAGE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-30, inclusive,<br><br>    Defendants. | Case Number 5:09-CV-03574 JF (RS)<br><br>**ORDER RE MOTION FOR WITHDRAWAL OF CASE FROM FEDERAL COURT WITHOUT PREJUDICE**<br><br>Re: Docket No. 14 |

Plaintiff Cheryl Patito, proceeding *pro se*, moves for "Withdrawal of Case from the Federal Court without prejudice pursuant to Rule 10.7." It appears that Plaintiff may have intended to file a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure Rule 41(a), and the Court will treat Plaintiff's motion as such. The motion is unopposed, and Defendants have not filed an answer or dispositive motion. If Plaintiff did not intend to file for voluntary dismissal, she should contact the Court as soon as possible following receipt of this Order. The Clerk shall close the file.

1    **IT IS SO ORDERED.**

2

3    DATED: 10/2/09

4    _____

5    JEREMY FOGEL
     United States District Judge__

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

This Order was served on the following persons:

Cheryl Patito
2339 Plateau Drive
San Jose, CA 95125

Elizabeth Lindsay Dolan edolan@trlawyers.com

Richard Joseph Reynolds rreynolds@trlawyers.com, glatimer@trlawyers.com

William Guy Malcolm bill@mclaw.org, melissa@mclaw.org

Case No. 5:09-CV-03574 JF (RS)
ORDER RE MOTION OF WITHDRAWAL OF CASE FROM FEDERAL COURT WITHOUT PREJUDICE
(JFLC1)