**E-Filed 10/5/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHERYL PATITO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; MTC FINANCIAL, INC., d/b/a TRUSTEE CORPS.; CENTRAL MORTGAGE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-30, inclusive,<br><br>　　　　Defendants. | Case Number 5:09-CV-03574 JF (RS)<br><br>**NOTICE OF CLERICAL ERROR; REQUEST FOR RESPONSE FROM PLAINTIFF**<br><br>Re: Docket No. 16 |

　　Plaintiff Cheryl Patito, proceeding *pro se*, moved for "Withdrawal of Case from the Federal Court without prejudice pursuant to Rule 10.7" on September 30, 2009.  It appears that Plaintiff intended to file a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure Rule 41(a) and the Court treated Plaintiff's motion as such.  As a result of a clerical error, the Court was not aware that Defendants Central Mortgage Company and Mortgage Electronic Registration Systems (collectively, "Defendants") previously had filed a motion for summary judgment or that Defendants opposed Plaintiff's motion to the extent that the motion sought dismissal of the instant case without prejudice.  Because Defendants in fact do oppose

Case No. 5:09-CV-03574 JF (RS)
NOTICE OF CLERICAL ERROR; REQUEST FOR RESPONSE FROM PLAINTIFF
(JFLC1)

Plaintiff's motion for voluntary dismissal, the Court requests Plaintiff's response to that opposition. Plaintiff shall file her response, setting forth her arguments and authority as to why the order of dismissal should not be set aside, on or before October 13, 2009.

**IT IS SO ORDERED.**

DATED: 10/5/09

_____
JEREMY FOGEL
United States District Judge

Case No. 5:09-CV-03574 JF (RS)
NOTICE OF CLERICAL ERROR; REQUEST FOR RESPONSE FROM PLAINTIFF
(JFLC1)

1  This Order was served on the following persons:

2

3  Cheryl Patito
   2339 Plateau Drive
4  San Jose, CA 95125

5
   Elizabeth Lindsay Dolan edolan@trlawyers.com

6
   Richard Joseph Reynolds rreynolds@trlawyers.com, glatimer@trlawyers.com
7
   William Guy Malcolm bill@mclaw.org, melissa@mclaw.org
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 5:09-CV-03574 JF (RS)
NOTICE OF CLERICAL ERROR; REQUEST FOR RESPONSE FROM PLAINTIFF
(JFLC1)