**E-Filed 10/14/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHERYL PATITO,<br><br>    Plaintiff,<br><br>    v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; MTC FINANCIAL, INC., d/b/a TRUSTEE CORPS.; CENTRAL MORTGAGE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-30, inclusive,<br><br>    Defendants. | Case Number 5:09-CV-03574 JF (RS)<br><br>**ORDER SETTING ASIDE DISMISSAL AND NOTICE TO SCHEDULE HEARING**<br><br>Re: Docket No. 17 |

   On October 5, 2009, the Court issued a Notice of Clerical Error recognizing that it had granted Plaintiff's request for voluntary dismissal without prejudice at a time when Defendants' earlier filed motion for summary judgment was pending.  In that Notice, the Court indicated that the dismissal would be set aside unless Plaintiff filed a response on or before October 13, 2009.  Because Plaintiff did not file a timely response the dismissal will be set aside.

   Counsel for Defendants may obtain a motion hearing date from the Court's Administrative Law Clerk, Christian Delaney, by calling 408.535.5426.

1 | **IT IS SO ORDERED.**

3 | DATED: 10/14/09

_____
JEREMY FOGEL
United States District Judge

2

This Order was served on the following persons:

Cheryl Patito
2339 Plateau Drive
San Jose, CA 95125

Elizabeth Lindsay Dolan edolan@trlawyers.com

Richard Joseph Reynolds rreynolds@trlawyers.com, glatimer@trlawyers.com

William Guy Malcolm bill@mclaw.org, melissa@mclaw.org

Case No. 5:09-CV-03574 JF (RS)
ORDER SETTING ASIDE DISMISSAL AND NOTICE TO SCHEDULE HEARING
(JFLC1)