1

2          **E-Filed 1/15/2010**

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                              SAN JOSE DIVISION

9

10   CHERYL J. PATITO,                          Case Number   C 09-03574 JF (RS)

11              Plaintiff

12         v.                                   ORDER GRANTING SUMMARY
                                                JUDGMENT TO DEFENDANTS
13   DOWNEY SAVINGS AND LOAN                    CENTRAL MORTGAGE COMPANY
     ASSOCIATION, F.A.; DSL SERVICE             AND MORTGAGE ELECTRONIC
14   COMPANY; CENTRAL MORTGAGE                  REGISTRATION SYSTEMS, INC.
     COMPANY dba CENTRAL MORTGAGE LOAN
15   SERVICING COMPANY; MTC FINANCIAL           [re: document no. 8]
     INC. dba TRUSTEE CORPS; MORTGAGE
16   ELECTRONIC REGISTRATION SYSTEMS,
     INC.; and DOES 1 TO 250, inclusive,
17
                Defendants
18

19

20         On July 24, 2009, Plaintiff Cheryl J. Patito filed a complaint in the Santa Clara Superior

21   Court alleging violations of the Truth in Lending Act, unlawful business practices, unfair and

22   fraudulent business practices, fraudulent omissions, quiet title action, rescission based on fraud,

23   unfair debt collection practices, breach of fiduciary duty, breach of contract, breach of the

24   covenant of good faith and fair dealing, and declaratory and injunctive relief.

25         On August 5, 2009, the action was removed to this Court.  On August 17, 2009,

26   Defendants Central Mortgage Company ("CMC") and Mortgage Electronic Registration

27   Systems, Inc. ("MERS") moved to dismiss for failure to state a claim or, alternatively, for

28

1    summary judgment.  Subsequently, Patito filed a motion for voluntary withdrawal of her claims.

2    Because of an administrative error, the action was dismissed notwithstanding the pendency of the

3    motion for summary judgment.  The Court set aside the dismissal in order to address the motion.

4         Patito does not oppose the motion.  Having reviewed the moving papers, the Court

5    concludes that the motion is well-taken.  Accordingly, the motion for summary judgment is

6    GRANTED.

7    **IT IS SO ORDERED.**

8

9    DATED: January 15, 2010

10                               JEREMY FOGEL

11                               United States District Judge

Case No. C 09-03574 JF (RS)

ORDER GRANTING SUMMARY JUDGMENT TO DEFENDANTS CENTRAL MORTGAGE COMPANY AND
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
(JFEX2)

1  | This Order has been served upon the following persons:

2  | Cheryl J Patito
3  | 1425 Little Orchard Street
   | San Jose, CA 95110
4  | PRO SE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 09-03574 JF (RS)

ORDER GRANTING SUMMARY JUDGMENT TO DEFENDANTS CENTRAL MORTGAGE COMPANY AND
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
(JFEX2)