**E-Filed 5/13/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHERYL J. PATITO,<br><br>Plaintiff<br><br>v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; DSL SERVICE COMPANY; CENTRAL MORTGAGE COMPANY dba CENTRAL MORTGAGE LOAN SERVICING COMPANY; MTC FINANCIAL INC. dba TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1 TO 250, inclusive,<br><br>Defendants | Case Number   C 09-03574 JF (HRL)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE[1] |

On January 15, 2010, the Court granted summary judgment in favor of Defendants Central Mortgage Company, doing business as Central Mortgage Loan Servicing Company, ("CMC") and Mortgage Electronic Registration Systems, Inc. ("MERS").[2] On January 20, 2010, the Court granted with leave to amend motions to dismiss and strike submitted by MTC Financial Inc., doing business as Trustee Corps., ("MTC"). In its order granting MTC's motions

---

[1] This disposition is not designated for publication.

[2] Plaintiff filed a motion for reconsideration on February 1, 2010 without seeking leave of court. Because Plaintiff is proceeding pro se the Court reviewed the motion for reconsideration and concluded that it was without merit. *See* Dkt. 31. at 2.

1  to dismiss and strike, the Court directed that "[a]ny amended complaint shall be filed and served
2  within (20) days after the date of this order." Dkt. 27 at 3. Plaintiff Cheryl J. Patito ("Plaintiff")
3  did not amend within this period or request an extension within which to do so . Three months
4  have passed since the deadline for amendment. Accordingly, the action is DISMISSED with
5  prejudice as to MTC.[3]
6  IT IS SO ORDERED.
7  DATED: 5/13/10

        _____
        JEREMY FOGEL
        United States District Judge

---

[3] Plaintiff initiated this action on August 5, 2009. It appears that Plaintiff never served Defendants Downey Savings and Loan Association, F.A. ("Downey Savings") or DSL Service Company ("DSL"). Because the 120 day period within which Plaintiff must serve defendants in this action has long since lapsed, the action will be dismissed without prejudice as to Downey Savings and DSL pursuant to Fed. R. Civ. P. 4(m).

2

1 | This Order has been served upon the following persons:

2 | Cheryl J Patito
1425 Little Orchard Street
3 | San Jose, CA 95110
PRO SE

3

Case Number   C 09-03574 JF (HRL)
JUDGMENT
(JFLC1)