\*\*E-Filed 5/13/2010\*\*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CHERYL J. PATITO,<br><br>Plaintiff<br><br>v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; DSL SERVICE COMPANY; CENTRAL MORTGAGE COMPANY dba CENTRAL MORTGAGE LOAN SERVICING COMPANY; MTC FINANCIAL INC. dba TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1 TO 250, inclusive,<br><br>Defendants | Case Number   C 09-03574 JF (HRL)<br><br>JUDGMENT[1]<br><br>[Re: Document No. 26, 30, 31] |

The unopposed motion for summary judgment filed by Central Mortgage Company, doing business as Central Mortgage Loan Servicing Company, ("CMC") and Mortgage Electronic Registration Systems, Inc. ("MERS") was heard on January 15, 2010. The evidence and arguments having been considered and a decision having been rendered, IT IS ORDERED AND ADJUDGED that judgment be entered for CMC and MERS and against Plaintiff.

On May 13, 2010, the Court dismissed the instant action with prejudice as to Defendant MTC Financial Inc., doing business as Trustee Corps., ("MTC"). IT IS ORDERED AND

---

[1] This disposition is not designated for publication.

Case Number   C 09-03574 JF (HRL)
JUDGMENT
(JFLC1)

1  ADJUDGED that Plaintiff shall take nothing and that the action be dismissed on the merits as to
2  MTC. On the same date, the Court noted that remaining Defendants Downey Savings and Loan
3  Association, F.A. ("Downey Savings") and DSL Service Company ("DSL") have not been served
4  and dismissed the action without prejudice as to Downey Savings and DSL pursuant to Fed. R.
5  Civ. P. 4(m).
6  IT IS SO ORDERED.
7  DATED: 5/13/10

_____
JEREMY FOGEL
United States District Judge

Case Number   C 09-03574 JF (HRL)
JUDGMENT
(JFLC1)

This Order has been served upon the following persons:

Cheryl J Patito
1425 Little Orchard Street
San Jose, CA 95110
PRO SE

3

Case Number   C 09-03574 JF (HRL)
JUDGMENT
(JFLC1)